Samuel Richard Rubin
FEDERAL PUBLIC DEFENDER
Mark J. Ackley
ASSISTANT FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, ID 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
SCOTT ARLIS THOMAS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE B. LYNN WINMILL)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR16-162-S-BLW |
| ) | |
| Plaintiff, ) | |
| ) | MOTION TO SUPPRESS |
| vs. ) | |
| ) | |
| SCOTT ARLIS THOMAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

TO: WENDY J. OLSON, UNITED STATES ATTORNEY
TARA MALEK, ASSISTANT UNITED STATES ATTORNEY

SCOTT ARLIS THOMAS, by and through his attorney, Mark J. Ackley, for the Federal Defender Services of Idaho, hereby moves to suppress evidence obtained by the authorities in violation of the Fourth Amendment.

The basis for this motion is set forth in the attached memorandum.

Dated: December 13, 2016          Respectfully submitted,
SAMUEL RICHARD RUBIN
FEDERAL PUBLIC DEFENDER
By:


/s/Mark J. Ackley
Mark J. Ackley
Assistant Federal Public Defender
Federal Defender Services of Idaho
Attorneys for Defendant
SCOTT ARLIS THOMAS

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing documents MOTION TO SUPPRESS and SUPPORTING MEMORANDUM with EXHIBITS A-T were served on all parties named below on this 13th day of December, 2016.

| Tara Malek, Assistant US Attorney | _____ United States Mail |
|---|---|
| Office of the United States Attorney | _____ Hand Delivery |
| Washington Group Plaza, IV | _____ Fax |
| 800 Park Blvd, Suite 600 | __X__ CM/ECF Filing |
| Boise, ID 83712 | _____ Email Transmission |
| tara.malek@usdoj.gov | |

Dated: December 13, 2016        /s/_____
                                Nancy Hernandez