# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SCOTT ARLIS THOMAS,<br><br>        Defendant. | Case No. 1:16-CR-00162-BLW<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT** |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the Government's Motion to Dismiss Indictment (Dkt. 65), shall be, and the same is hereby, GRANTED. The Clerk shall close this case.

DATED: June 30, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court